**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BILL FLATNESS and ASHLEY SMITH**                                         **PLAINTIFFS**

**VS.**                           **4:15-CV-00329-BRW**

**GARY BURNETT,** *et al.*                                                 **DEFENDANTS**

## ORDER

Pending is Defendant Bobby Derdan's Motion to Dismiss Plaintiff's Complaint (Doc. No. 32) under Federal Rule of Procedure 12(b)(5). Because I see no prejudice (the same reason I denied Plaintiff's Motion for Default Judgment and allowed Defendant Derden to answer out of time), the Motion is DENIED. Plaintiff must perfect service on Defendant Derden by 5 p.m., Wednesday, April 27, 2016.

IT IS SO ORDERED this 13th day of April, 2016.

                                                              /s/ Billy Roy Wilson
                                                              UNITED STATES DISTRICT JUDGE